UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID T. VINING, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OPPENHEIMER HOLDINGS INC., OPPENHEIMER & CO., INC., and OPPENHEIMER ASSET MANAGEMENT, INC.<br><br>Defendants. | 08 CV 4435<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case on behalf of Defendants Oppenheimer Holdings, Inc., Oppenheimer & Co. Inc., and Oppenheimer Asset Management, Inc. I certify that I am admitted to practice in this Court.

Dated: May 22, 2008

PROSKAUER ROSE LLP

By: _____
Stephen L. Ratner
1585 Broadway
New York, NY 10036
(212) 969-3000

*Counsel for Oppenheimer Holdings, Inc., Oppenheimer & Co. Inc., and Oppenheimer Asset Management, Inc.*