UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID T. VINING, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>OPPENHEIMER HOLDINGS INC., OPPENHEIMER & CO., INC., and OPPENHEIMER ASSET MANAGEMENT, INC.<br><br>          Defendants. | 08 CV 4435<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case on behalf of Defendants Oppenheimer Holdings, Inc., Oppenheimer & Co. Inc., and Oppenheimer Asset Management, Inc. I certify that I am admitted to practice in this Court.

Dated: May 22, 2008

                                          PROSKAUER ROSE LLP

                                          By: _____
                                          Scott A. Eggers
                                          1585 Broadway
                                          New York, NY 10036
                                          (212) 969-3000

                                          *Counsel for Oppenheimer Holdings, Inc.,*
                                          *Oppenheimer & Co. Inc., and Oppenheimer*
                                          *Asset Management, Inc.*