UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID T. VINING, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>OPPENHEIMER HOLDINGS INC., OPPENHEIMER & CO., INC., and OPPENHEIMER ASSET MANAGEMENT, INC.<br><br>     Defendants. | 08 CV 4435 |

## DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Oppenheimer Holdings, Inc., Oppenheimer & Co. Inc., and Oppenheimer Asset Management, Inc. certify that there are no publicly held parent corporations and no publicly held corporation holding ten percent or more of the defendants' stock, except as follow:

Oppenheimer & Co. Inc., and Oppenheimer Asset Management, Inc. are wholly owned subsidiaries of Oppenheimer Holdings Inc., a publicly held company traded on the New York Stock Exchange.

| | |
|---|---|
| Dated: New York, New York<br>May 22, 2008 | PROSKAUER ROSE LLP<br><br>By: _____/s/_____<br>Howard Wilson<br>Stephen L. Ratner<br>Scott A. Eggers<br>John H. Snyder<br>1585 Broadway<br>New York, NY 10036<br>(212) 969-3000<br><br>*Counsel for Oppenheimer Holdings, Inc.,*<br>*Oppenheimer & Co. Inc., and Oppenheimer*<br>*Asset Management, Inc.* |