# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAVID T. VINING, Individually and on behalf of all others similarly situated, | ) ) ) ) | 08 CV 4435 |
| Plaintiff, | ) ) | NOTICE OF APPEARANCE |
| vs. | ) ) | |
| OPPENHEIMER HOLDINGS INC., OPPENHEIMER & CO., INC., and OPPENHEIMER ASSET MANAGEMENT, INC. | ) ) ) ) ) | |
| Defendants. | ) ) | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case on behalf of Defendants Oppenheimer Holdings, Inc., Oppenheimer & Co. Inc., and Oppenheimer Asset Management, Inc.  I certify that I am admitted to practice in this Court.

Dated:  May 27, 2008

PROSKAUER ROSE LLP

By: _Howard Wilson_

Howard Wilson
1585 Broadway
New York, NY 10036
(212) 969-3000

*Counsel for Oppenheimer Holdings, Inc.,*
*Oppenheimer & Co. Inc., and Oppenheimer*
*Asset Management, Inc.*