United States District Court
Southern Districat of New York

---

David T. Vining, Individually And on Behalf
of all Others Similarly Situated,

                              Plaintiff(s)

                -against-

Oppenheimer Holdings, Inc., et al.,

                             Defendant(s)

AFFIDAVIT OF SERVICE
Case No. 08 CV 4435

---

State of New York )
                   ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on May 23, 2008 at approximately 3:30 PM deponent served the following specific papers Summons in a Civil Action and Class Action Complaint for Violations of Federal Securities Laws with Attachment A, that the party served was Oppenheimer Asset Management Inc., one of the defendants in this action, by personally serving one copy of the aforesaid papers at the office of the registered agent, Corporation Service Company located at 80 State Street, in the City of Albany, New York by delivering to and leaving papers with Maureen Cogan, a white female with brown hair, being approximately 46-55 years of age; height of 5'4" - 5'8", weight of 130-160 lbs., being an authorized person in Corporation Service Company and empowered to receive such service.

                                                             _____
                                                                     Mary M. Bonville

Sworn to before me this 23rd day of May, 2008

_____
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010

Nicoletti & Harris, Inc.,
116 John Street, ste
New York, NY 10038

United States District Court
Southern Disitrict of New York

---

David T. Vining, Individually And on Behalf
of all Others Similarly Situated,

          Plaintiff(s)

   -against-

Oppenheimer Holdings, Inc., et al.,

          Defendant(s)

AFFIDAVIT OF SERVICE
Case No. 08 CV 4435

---

State of New York )
       ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on May 23, 2008 at approximately 3:30 PM deponent served the following specific papers Summons in a Civil Action and Class Action Complaint for Violations of Federal Securities Laws with Attachment A, that the party served was Oppenheimer & Co. Inc., one of the defendants in this action, by personally serving one copy of the aforesaid papers at the office of the registered agent, Corporation Service Company located at 80 State Street, in the City of Albany, New York by delivering to and leaving papers with Maureen Cogan, a white female with brown hair, being approximately 46-55 years of age; height of 5'4" - 5'8", weight of 130-160 lbs., being an authorized person in Corporation Service Company and empowered to receive such service.

                   _Mary M. Bonville_
                    Mary M. Bonville

Sworn to before me this 23rd day of May, 2008

_Ruth A. Dennehey_
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010

Nicoletti & Harris, Inc.,
116 John Street
New York, NY 10038