```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DAVID T. VINING, Individually and on
Behalf of all others similarly situated,   :   08 CV 4435 (LAP)

             Plaintiff,   :   ORDER

v.

OPPENHEIMER HOLDINGS INC.
OPPENHEIMER & CO., INC. and
OPPENHEIMER ASSET
MANAGEMENT, INC.,

             Defendants.
------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    To the extent that defendants believe that the complaint is insufficient, they shall so inform plaintiff by letter, detailing all perceived deficiencies. Plaintiff shall then inform the Court whether he wishes to stand on the present complaint, without further amendment, or file an amended complaint with the understanding that no further amendments will be permitted thereafter. Counsel shall confer and agree upon a proposed schedule.

SO ORDERED:

Dated: June 9, 2008

                                     *Loretta A. Preska*
                                     LORETTA A. PRESKA, U.S.D.J.

ordercomplinsuff